No. 02–7822.  LOPEZ *v.* ILLINOIS.  App. Ct. Ill., 1st Dist.  Certiorari denied.

No. 02–7837.  AFRASA *v.* DISTRICT ATTORNEY OF THE COUNTY OF DELAWARE ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 02–7899.  JOHNSTON *v.* ROPER, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER.  C. A. 8th Cir.  Certiorari denied.

No. 02–7910.  COLBURN *v.* COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir.  Certiorari denied.

No. 02–7918.  THOMAS *v.* ILLINOIS.  App. Ct. Ill., 1st Dist. Certiorari denied.

No. 02–7919.  WILLIAMS *v.* ILLINOIS.  App. Ct. Ill., 1st Dist. Certiorari denied.

No. 02–7925.  HARPER *v.* GALAZA, WARDEN.  C. A. 9th Cir. Certiorari denied.

No. 02–7972.  SALAZAR *v.* ILLINOIS.  App. Ct. Ill., 1st Dist. Certiorari denied.

No. 02–7973.  BASHORUN *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 02–7974.  MEZA-PONCE *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 02–7975.  MURPHY *v.* UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 02–7976.  JIMENEZ-DOMINQUEZ *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 02–7979.  TURAY *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 02–7991.  CRAWFORD *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 02–7995.  LUGO *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.